JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>    v.  )<br>NAKIO TOKESHI MASON,  )<br>    a/k/a "Nakio Toshiki Mason,"  )<br>    a/k/a "Kio,"  )<br>       Defendant.  )<br>_____ ) | No. CR 10-00291 DLJ<br><br>ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 5, 2010 TO MAY 10, 2010<br><br>Date:   May 10, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Laurel Beeler |

     The defendant, Nakio Tokeshi Mason, represented by Assistant Federal Public Defender John Paul Reichmuth, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on May 5, 2010 for an initial appearance and arraignment in the above-entitled matter.  Counsel for the defendant requested discovery and the United States provided discovery along with a proposed protective order and draft plea agreement.  The parties agreed that counsel for the defendant would need additional time to review discovery and to confer the defendant.

ORDER
No. CR-10-00291 DLJ

1  On that basis, the parties requested that the matter be continued to May 10, 2010 before United
2  States Magistrate Judge Laurel Beeler.  The parties jointly requested that time be excluded under
3  the Speedy Trial Act between May 5, 2010 and May 10, 2010.
4      Based upon the representation of counsel and for good cause shown, the Court finds that
5  failing to exclude the time between May 5, 2010 and May 10, 2010 would unreasonably deny the
6  defendant continuity of counsel and would deny counsel the reasonable time necessary for
7  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
8  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
9  between May 5, 2010 and May 10, 2010 from computation under the Speedy Trial Act outweigh
10 the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
11 Therefore, IT IS HEREBY ORDERED that the time between May 5, 2010 and May 10, 2010
12 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
13 (B)(iv).

15 DATED:  5/10/2010

[GRANTED — Signature of Judge Donna M. Ryu]

_____
HON. DONNA M. RYU
United States Magistrate Judge

ORDER
No. CR-10-00291 DLJ                    -2-