BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00291-DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| vs. | |
| NAKIO TOKESHI MASON, | |
| Defendant. | |

The parties to this action, hereby stipulate and ask the court to find as follows:

1) Sentencing in this matter is currently set for September 3, 2010 at 10:00 a.m., before the Honorable D. Lowell Jensen.

2) The parties request that this date be vacated and that sentencing occur on October 8, 2010 at 10:00 a.m. in order to provide defense counsel with adequate time to review the case.

3) The reasons for this continuance are as follows: Ellen Leonida, the undersigned Assistant Federal Public Defender, recently assumed representation of Mr. Mason. A continuance of the sentencing date is necessary to enable counsel to prepare for sentencing.

4) United States Probation Officer Brian Casai has been informed of this request.

CR 10-00291-DLJ
Stipulation and Order Continuing Sentencing             1

1 DATED:

2

3
           /s/
WADE RHYNE
Assistant United States Attorney

4

5 DATED:

6

7
           /s/
ELLEN LEONIDA
Assistant Federal Public Defender

8

9

10 **[PROPOSED] ORDER**

11 Based on the reasons provided in the stipulation of the parties above,

12 IT IS HEREBY ORDERED that the SENTENCING HEARING date of September 3, 2010 at 10:00 a.m. is vacated and sentencing is now scheduled for October 8, 2010 at 10:00 a.m.

13 DATED: September 3, 2010

14

15 _____

16 HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26